[No. 42318-5-I.    Division One.    June 1, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. LAURANCE CLAYTON RIGGLE, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00185-7, Thomas J. Wynne, J., entered March 9, 1998. *Reversed* by unpublished per curiam opinion.

[No. 42321-5-I.    Division One.    June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME EDWARD SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04593-9, Richard A. Jones, J., entered March 16, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42358-4-I.    Division One.    June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. NAJEEBA SHABAZZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-05587-0, William L. Downing, J., entered March 23, 1998. *Remanded* by unpublished per curiam opinion.

[No. 42414-9-I.    Division One.    June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LOYD CRAFT, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-1-00438-1, Susan K. Cook, J., entered February 26, 1998. *Affirmed* by unpublished per curiam opinion.